IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 7 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DARRELL L. HOLLAND and BOBBIE HOLLAND, PLAINTIFFS | § § § § |
| VS. | § § CIVIL ACTION NO. B-03-121 § |
| ZC STERLING INSURANCE AGENCY, INC., EMPIRE INDEMNITY INSURANCE COMPANY, DEFENDANTS | § § § § § |

**DEFENDANTS ZC STERLING INSURANCE AGENCY, INC.'S AND EMPIRE INDEMNITY INSURANCE COMPANY'S LIST OF ALL PARTIES**

1. Plaintiffs - Darrell L. Holland and Bobbie Holland

2. Defendant - ZC Sterling Insurance Agency, Inc. ("Sterling")

3. Defendant - Empire Indemnity Insurance Company ("Empire")

   Case is presently pending in the 404th Judicial District Court, Cameron County, Texas, Cause No. 2003-06-002913-G.

Respectfully submitted,

**BARKER, LEON, FANCHER & MATTHYS, L.L.P.**
Tower II - Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
Telephone: (361) 881-9217
Facsimile: (361) 882-9437

Roland L. Leon
State Bar No. 12207400
Attorneys for Defendants
ZC STERLING INSURANCE AGENCY, INC.
EMPIRE INDEMNITY INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Texas Rules of Civil Procedure on this the ___ day of July 2003, to all counsel of record as follows:

**VIA CERTIFIED MAIL 7001 1940 0005 0775 5940**
Ricardo M. Adobbati
**LAW OFFICES OF RICARDO M. ADOBBATI**
134 East Price Road
Brownsville, TX 78521

Roland L. Leon

List of All Parties - Page 2