4

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

AUG 0 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DARRELL L. HOLLAND | § | |
| and BOBBIE HOLLAND, | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-121 |
| | § | |
| | § | |
| ZC STERLING INSURANCE AGENCY, | § | |
| INC., EMPIRE INDEMNITY INSURANCE | § | |
| COMPANY, | § | |
| Defendants | § | |

**DEFENDANTS ZC STERLING INSURANCE AGENCY, INC. AND
EMPIRE INDEMNITY INSURANCE COMPANY'S
CERTIFICATE OF INTERESTED PARTIES**

**TO THE HONORABLE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS,**
**BROWNSVILLE DIVISION:**

**COME NOW ZC Sterling Insurance Agency, Inc., and Empire Indemnity Insurance**

**Company, Defendants** in the above-styled and numbered cause, and pursuant to the Court's Order

for Disclosure of Interested Parties, respectfully shows the Court as follows:

**I.**

**PLAINTIFF**

Plaintiffs **Darrell L. Holland and Bobbie Holland** are represented by **Ricardo M**

**Adobbati, Federal ID # 18158, State Bar No. 00790208, Law Offices of Ricardo M. Adobbati,**

134 East Price Road, Brownsville, Texas 78521, Telephone: (956) 544-6882, Facsimile: (956) 544-

6883.

## II.

### DEFENDANTS AND COUNSEL

Defendants ZC Sterling Insurance Agency, Inc., and Empire Indemnity Insurance

Company, are  represented by **Roland L. Leon,  Federal ID # 5683; State Bar No.12207400**,

**BARKER, LEON, FANCHER & MATTHYS, L.L.P.,** 555 N. Carancahua, Suite 1200, Corpus

Christi, Texas 78478 Phone (361) 881-9217; Fax (361) 882-9437.


Respectfully submitted,

**BARKER, LEON, FANCHER
& MATTHYS, L.L.P.**
Tower II - Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
Telephone: (361) 881-9217
Facsimile: (361) 882-9437


Roland L. Leon
State Bar No. 12207400
Fed. I.D. No.: 5683
**Attorneys for Plaintiff
ZC Sterling Insurance Agency, Inc., and
Empire Indemnity Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure on this the 5th day of August, 2003, to all counsel of record as follows:

Ricardo M. Adobbati
**LAW OFFICES OF RICARDO M. ADOBBATI**
134 East Price Road
Brownsville, TX 78521

Roland L. Leon