5

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 6 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DARRELL L. HOLLAND | § | |
| and BOBBIE HOLLAND | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Civil Action No. B-03-121 |
| | § | |
| ZC STERLING INSURANCE AGENCY | § | |
| INC, EMPIRE INDEMNITY INSURANCE | § | |
| COMPANY | § | |
| Defendants. | § | |

## DARRYL L. HOLLAND AND BOBBIE HOLLAND
## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Paragraph 3 of the Order for Conference and Disclosure of Interested Parties filed on July 10, 2003, Darryl L. Holland and Bobbie Holland state that other than the below-named entities (or their affiliates, as described below), they are is not aware of any parties that may be financially interested in this litigation:

1.    Darryl L. Holland and Bobbie Holland

2.    ZC Sterling Insurance Company, Inc.

3.    Empire Indemnity Insurance Company

Respectfully Submitted,

LAW OFFICES OF RICARDO M. ADOBBATI

By: _____

HON. RICARDO M. ADOBBATI
State Bar No. 00790208

Cameron County I.D. #442401
Fed I.D. #18158

Fed I.D. #18158

ATTORNEY FOR DEFENDANTS

134 East Price Road
Brownsville, Texas 78521
(956) 544-6882
(956) 544-6883 FAX

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been furnished to all counsel of record on this the ‾‾‾ day of August, 2003 as follows:

Hon. Roland L. Leon
Barker, Leon, Fancher & Matthys, L.L.P.
Tower II – Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
State Bar No. 12207400

RICARDO M. ADOBBATI