# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

SEP 15 2003

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas    ☐ Levesque |
| DATE | 9 — 15 — 03 |
| TIME | a.m. / 3:12 p.m. — a.m. / 3:27 p.m. |
| CIVIL ACTION | B — 03 — 121 |
| STYLE | HOLLAND, ET AL.<br>*versus*<br>ZC STERLING INS. AGENCY, INC. |

DOCKET ENTRY

(HGT)   ■ Initial Pretrial Conference (Rptr.   Heather Hall  )

Ricardo Adobbati          for    ■ Ptf. #_____  ☐ Deft. #_____

Rolando Luis Leon         for    ☐ Ptf. #_____  ■ Deft. #_____

1. The Court asked Plaintiffs' and Defendants' counsel questions regarding the facts and procedural posture of the case.

2. The parties represented that discovery could be completed in 6 months.

3. The Court **ORDERED** mediation by January 13, 2003.