| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
ENTERED

OCT 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

DARRELL L. HOLLAND AND §
BOBBIE HOLLAND

vs. § Civil Action No. B- 03-121

ZC STERLING INSURANCE AGENCY, INC., §
EMPIRE INDEMNITY INSURANCE CO.

## SCHEDULING ORDER

1. Trial: Estimated time to try: __4-5__ days.   ☐ Bench   ■ Jury

2. New parties must be joined by:   ___N/A___
   *Furnish a copy of this scheduling order to new parties.*

3. Mediation by:   ___1/13/2004___

4. The plaintiff's experts will be named with a report furnished by:   ___2/2/2004___

5. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

6. Discovery must be completed by:   ___3/15/2004___
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

**************************The Court will provide these dates**************************

7. Dispositive Motions will be filed by:   ___4/15/2004___

8. Joint pretrial order is due:   ___6/16/2004___

9. Docket Call and final pretrial conference is set for 1:30 p.m. on:   ___7/1/2004___

10. Jury Selection is set for 9:00 a.m. on:   ___7/6/2004___
    *(The case will remain on standby until tried)*

Signed ___October 15___, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge