IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DARRELL L. HOLLAND and BOBBIE HOLLAND  Plaintiffs, | § § § § | |
| vs. | § § | CIVIL ACTION NO. B-03-121 |
| ZC STERLING INSURANCE AGENCY INC, EMPIRE INDEMNITY INSURANCE COMPANY  Defendants | § § § § § | |

## PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES AND PRODUCTION OF EXPERT REPORTS

COME NOW, **DARRELL L. HOLLAND and BOBBIE HOLLAND**, plaintiffs in the above entitled and numbered cause, and pursuant to the Federal Rules of Civil Procedure and the Joint Management Plan entered in this cause file this their Designation of Expert Witnesses as follows:

MR. ROBERT GONZALEZ, *Vice President*
RSG CONSTRUCTION
4318 Lamont
Corpus Christi, Texas 78411

MR. BOB PREPEJCHAL
RSG CONSTRUCTION
4318 Lamont
Corpus Christi, Texas 78411

*Mr. Gonzalez and Mr.Prepejchal will testify as to the extent of the damage to the Holland residence the cost of remediation and build back.*

*A photocopy of Mr.Gonzalez's report is attached hereto.*

DILIP K. SHAW, P.E., C.L.E., *Vice President*
AIRINTEGRITY ENGINEERING, INC.
5403 Everhart Rd #301
Corpus Christi, Texas 78411

*Mr. Shaw will testify as to the results of the air quality sample tests performed on the Holland residence.*

**RICK ZAYAS,**
**ATTORNEY AT LAW**
3100 E. 14th Street
Brownsville, Texas 78520

*Mr. Zayas will testify as to reasonableness of attorney's fees in this matter, the amounts charged for time spent during pre-litigation and the time and expenses incurred when preparing this case for trial as well as the attorneys fees charged.*

*A photocopy of Mr. Gonzalez's report is attached hereto.*

Signed on this the ___ day of ~~January~~ February 2004.

Respectfully submitted,

BY: _____
RICARDO M. ADOBBATI
SBN: 00790208
FEDERAL ADM NO. 18158

Law Office of Ricardo M. Adobbati
134 East Price Road
Brownsville, Texas 78521
(956) 544-6882
(956) 544-6883 [fax]

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon defendants this 2nd day of February 2004.

Hon. Roland L. Leon
**BARKER, LEON, FANCHER & MATTHYS, L.L.P.**
Tower II – Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478

_____
RICARDO M. ADOBBATI

<div style="text-align:center">

**AirIntegrity Engineering Inc.**
5403 Everhart Rd. #301
Corpus Christi, TX 78411
Phone: (361) 881-6000, Fax: (361) 881-6009

</div>

January 23, 2003

Aarons Environmental Services
1805 N. Lexington
Corpus Christi, TX 78409

Subject: Review of Air samples tests data for Holland residence located at 21 Casa de Palmas, Brownsville, TX.

I have reviewed the test results of Air-O-Cell air samples collected from Holland residence on 1/20/03.

The Air-O-Cell air sample test results indicate that the spore counts of *Aspergillus/ Penicillium* like mold in the master bed bathroom area are not within the acceptable range recommended by the Indoor Air Quality Association. *Aspergillus/ Penicillium* like molds are documented allergens and are mycotoxin (a toxic substance) producers, and require remediation.

Reportedly, molds were observed in many areas inside the residence during a visual inspection conducted by Mr. Bob Prepejchal of Aarons Environmental on 1/20/03. Therefore, I recommend conducting culture, tape and bulk sampling to identify the surface mold before starting any remediation work in the residence.

If residents have persistent health problems, they should consult with their physicians.

Sincerely,

Dilip K. Shaw, P.E., C.I.E.
Environmental Engineer and Consultant



Mr Dilip Shaw
Air Integrity Engineering INC
5403 Everhart #301
Corpus Christi, Texas 78411

# Gemini Laboratories, Inc.

Project: Mr Holland 21 Casa de Palmas

P O #: NA
Gemini Log#: 3010553
Date Received: 01/20/03
Date Reported: 01/22/03

| Gemini # | 3010553 | | | 3010554 | | | 3010555 | | | 3010556 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sample ID | 4155264 | | | 4155254 | | | 4155263 | | | 4155253 | | |
| Location | Outside | | | Kitchen, dining area | | | Hallway, bathroom, bedroom | | | Master BR, bathroom | | |
| Sample Type | Air-O-Cell | | | Air-O-Cell | | | Air-O-Cell | | | Air-O-Cell | | |
| Sample Vol(L) | 75 | | | 150 | | | 150 | | | 150 | | |
| Identification* | cts | cts/m3 | % | cts | cts/m3 | % | cts | cts/m3 | % | cts | cts/m3 | % |
| Alternaria | | | | | | | 1 | 7 | 0.4 | | | |
| Aspergillus/Penicillium like | 292 | 3891 | 89.4 | 219 | 1459 | 91.9 | 219 | 1459 | 83.2 | 634 | 4224 | 92 |
| Cladosporium | 35 | 461 | 10.6 | 19 | 128 | 8.1 | 42 | 282 | 16.1 | 50 | 333 | 7.3 |
| Curvularia | | | | | | | 1 | 7 | 0.4 | 3 | 20 | 0.4 |
| Pithomyces/Ulocladium | | | | | | | | | | 2 | 13 | 0.3 |
| Fungal Fragments | 1 | 13 | – | | | | 2 | 13 | – | 7 | 47 | – |
| Pollen | | | | | | | 2 | 13 | – | 1 | 7 | – |
| Fibers | 1 | 13 | – | 3 | 20 | – | 1 | 7 | – | 3 | 20 | – |
| Debris Rating** | 3 | NA | – | 3 | NA | – | 3 | NA | – | 3 | NA | – |
| Total Spore count | 326 | 4352 | 100 | 238 | 1587 | 100 | 263 | 1754 | 100 | 689 | 4590 | 100 |
| Magnification (X) | 800 | | | 800 | | | 800 | | | 800 | | |
| Trace observed(%) | 100 | | | 100 | | | 100 | | | 100 | | |
| Detection Limit (cts/m3)*** | 13 | | | 7 | | | 7 | | | 7 | | |
| Date Analyzed. | 21-Jan-03 | | | 21-Jan-03 | | | 21-Jan-03 | | | 21-Jan-03 | | |

*Identification is primarily based on spore type. Some spore types may not have unique distinguishing characters and identification may not be conclusive, or may be grouped together.

** Debris Rating is an indication of particulate matter and is graded on a scale of 0-5 (5=90-100%). Large quantities of debris obscure spores and may result in low numbers and should be interpreted with caution.

*** Detection limit in the absence of interferences from particulate matter. Small spores may be obscured by debris and might be missed during counting.

RESULTS PERTAIN ONLY TO THE SAMPLE TESTED AND REPORT CANNOT BE REPRODUCED EXCEPT IN FULL

SAMPLES RECEIVED IN ACCEPTABLE CONDITION

Page 1 of 1

Lalitha Burra, Ph D., CIH
Laboratory Director

EMLAP # 101501

Air Integrity Engineering INC
Mt. Holland 21 Casa de Palmas

# Gemini Laboratories, Inc.

Gemini #: 3010553
Date: 01/22/03

## Viable and Non-Viable Spore Count (Air-O-Cell)

Categories (x-axis): Alternaria, Aspergillus/Penicillium, Cladosporium, Curvularia, Pithomyces/Ulocladium

Series (z-axis): Kitchen, dining area; Outside; Master BR, bathroom; Hallway, bathroom, bedroom

Values (y-axis, cts/m3): 0, 500, 1000, 1500, 2000, 2500, 3000, 3500, 4000, 4500

Legend:
- ■ Kitchen, dining area
- □ Hallway, bathroom, bedroom
- ■ Outside
- ■ Master BR, bathroom

Graphical results need to be interpreted in conjunction with raw data

# RSG CONSTRUCTION

4318 LAMONT
CORPUS CHRISTI, TX 78411

Phone 361-688-7149
Fax 361-855-5747

January 24, 2004

Ricardo M. Adobbati
134 E. Price Road
Brownsville, texas 78521
(956) 544-6882

Dear Mr. Adobbati

Please allow this to serve as a written summary/report regarding the testing and inspection of the Holland residence located at 21 Casa de Palmas, Brownsville, Texas 78520.

On January 20, 2003, air quality tests were conducted at the residence. I have attached to this report a copy of the air sample results as they were calculated by AirIntegrity Engineering Inc and Gemini Laboratories, Inc. Based on their findings, there are high levels of Aspergillus/Penecillium. I will defer to the above named laboratories regarding the methods and results of said findings as I did not take part in such testing. Present for the inspection were myself as well as Mr. Bob Prepejchal. The owner of the residence, Mr. Darrell Holland was also present.

On January 20th, 2003, my offices conducted a visual inspection of the residence of the home along with some internal wall exploration to determine the extent of damage in the home as well as the cause of the damages to the home. I have attached to this report the breakdown of damage to the home. Within such calculations are the remediation costs room by room as well as the build back costs for each room individually. Please be advised the estimate is based on the inspection of the home in the least destructive manner. Often the damage within the interior and exterior walls is greater than what was observed. Such damage cannot be observed until the sheetrock, interior walls and cabinetry have been removed in order to provide better access to portions of the home that cannot be inspected without destructive removal. As such, the estimate is based on a conservative repair and may require additional expenses for such repairs that were not observed.

The inspection was conducted using the standard accepted methods and calculations as well as through the use of that equipment generally used by the industry to determine the cause and amount of damage to residential and commercial structures.

It is my opinion the cause of the damages at the residence was the result of roof leaks developing on or about November 2002. Weather reports in the area indicate there was a significant amount of rainfall at the time. Mr. Holland indicated there was no

flooding around the home or in the neighborhood at any time. Based on my inspection, there was no evidence of any water entry due to foundation penetration or other underground source.

The attached estimate for repairs includes remediation and rebuild for those areas affected due to roof leaks on or about November 2, 2003. The damages all appear to be related to heavy rains.

All sources of water damage must be repaired before any remediation or rebuild can take place. The remediation costs are a result of the mildew and mold formations that occurred as a result of the water entry due to roof leaks. Although they are not the cause of the damages, they are the subsequent result of the building materials being penetrated by water. Such remediation should be performed by a qualified remediation contractor and such contaminated areas should be removed using appropriate containment and removal practices in accordance with Environmental Protection Agency reference documents as published in March 2001 (EPA 402-K).

It will be necessary to remediate the affected areas in order to stop future mold and mildew growth. The manner and procedure is detailed in the attached estimate. Failure to remediate the areas will simply allow for subsequent and continued formation of mold with the interior of the walls and as such any repairs performed will eventually show signs of additional mold growth and deterioration.

I trust the above provides sufficient information of our inspection and conclusions regarding the above named residence. If you should require any additional information, or more detailed breakdowns as to the procedures necessary to properly remediate and rebuild the home, please feel free to call my offices at your convenience.

Sincerely,

Robert Gonzalez
Vice President of Operations
RSG Construction

# RSG Construction

4318 LAMONT – CORPUS CHRISTI, TX 78411
Phone 361-688-7149 ~ Fax 361-855-5747

**RSG Construction** is based and operated in Corpus Christi, Texas. **RSG Construction** is a woman-owned minority small business. We currently staff **Experienced**, and **Certified** Employees in **Mold Remediation** which can **Exterminate, Remove, Extract** and **Eliminate Mold Problems** and **Contamination** from your **Home, Rental Properties, Schools,** or **Real Estate.**

We can provide **Preventive Maintenance** treatments on an annual/semi-annual basis, to improve the **Air Quality** in your **Home, Rental Property, Schools,** or **Real Estate**.

Along with the remediation, we also provide the following services:

**Remediation Equipment Rental** (Negative Air Machines, HEPA vacuums)

**Remediation Consultations**

**Clearance Reports & Certificates**

**Builtback**
(Residential and Commercial)

**Painting**
(Residential and Commercial)

**Fence installation and repair**
(Wood and Chain Link)

**Emergency boarding**
(Commercial and Residential)

**Plumbing Repairs / Leak Detection**

We are ready to fulfill our client's needs in a moments notice. We have been involved in several Mold Remediation and Build Backs along with various Home Improvement Projects. RSG Construction has been an Expert witness on Mold Cases involving the Detection of Mold, the cause of origin, the solution, extraction, and preventive maintenance of the problem for Lloyds of London and Attorney Arnold Gonzalez.

**Owner** Sandra Ann Gonzalez
**VP of Operations** Roberto Gonzalez