IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 27 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DARRELL L. HOLLAND and BOBBIE HOLLAND,<br>Plaintiffs | §§§§ | |
| VS. | §§ | CIVIL ACTION NO. B-03-121 |
| ZC STERLING INSURANCE AGENCY, INC., EMPIRE INDEMNITY INSURANCE COMPANY,<br>Defendants | §§§§§ | |

### AGREED MOTION TO DISMISS
### WITH PREJUDICE

COME NOW Plaintiffs, Darrell L. Holland and Bobbie (Barbara B.) Holland and Defendants, ZC Sterling Insurance Agency, Empire Indemnity Insurance Company, and Chase Manhattan Mortgage Corporation, and file this Agreed Motion to Dismiss with Prejudice as follows:

**I.**

The parties to this action have resolved all disputes by mutual agreement. All parties deny liability and each stipulates that it is not a prevailing party. Each party shall bear its own costs of this action.

**II.**

The parties respectfully request the court to dismiss the present action with prejudice to refiling the same.

Respectfully submitted,

*Darrell L. Holland and Bobbie Holland vs. ZC Sterling, et al*
*Agreed Motion to Dismiss with Prejudice*
*Page 1*

BARKER, LEON, FANCHER
& MATTHYS, L.L.P.
Tower II - Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
Telephone: (361) 881-9217
Facsimile: (361) 882-9437

_____
Roland L. Leon
State Bar No. 12207400
**ATTORNEYS FOR DEFENDANTS
ZC STERLING INSURANCE AGENCY,
EMPIRE INDEMNITY INSURANCE COMPANY, AND
CHASE MANHATTAN MORTGAGE CORPORATION**

**AGREED AS TO FORM:**

Ricardo M. Adobbati
**LAW OFFICES OF RICARDO M. ADOBBATI**
134 East Price Road
Brownsville, TX 78521
Telephone: (956) 544-6882
Facsimile: (956) 544-6883

_____
Ricardo M. Adobbati
State Bar No. 00790208
**ATTORNEYS FOR PLAINTIFFS,
DARRELL L. HOLLAND AND
BOBBIE (BARBARA B.) HOLLAND**

*Darrell L. Holland and Bobbie Holland vs. ZC Sterling, et al*
*Agreed Motion to Dismiss with Prejudice*
*Page 2*