UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| DARRELL L. HOLLAND and BOBBIE HOLLAND, Plaintiffs | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-121 |
| ZC STERLING INSURANCE AGENCY, INC., EMPIRE INDEMNITY INSURANCE COMPANY, Defendants | § § § § § | |

## AGREED ORDER OF DISMISSAL

BE IT REMEMBERED that on the date hereinbelow mentioned, Plaintiffs, Darrell L. Holland and Bobbie (Barbara B.) Holland, and Defendants, ZC Sterling Insurance Agency, Inc., Empire Indemnity Insurance Company and Chase Manhattan Mortgage Corporation, appeared by and through their attorneys of record and announced unto the Court that they have arrived at a settlement of the controversies existing between them in this cause under the terms of which settlement this cause should be dismissed with prejudice against the rights of the Plaintiffs, Darrell L. Holland and Bobbie (Barbara B.) Holland, to hereafter reinstitute the same, with costs of court to be taxed against the party incurring same.

IT IS THEREFORE, ACCORDINGLY ORDERED, ADJUDGED AND DECREED that this cause be and the same is hereby dismissed with prejudice against the rights of the Plaintiffs, Darrell L. Holland and Bobbie (Barbara B.) Holland, to reinstitute the same, and that costs of court shall be taxed against the party incurring same.

SIGNED this the 14th day of June, 2004.

_____
JUDGE PRESIDING

APPROVED AND AGREED TO:

_____
Mr. Ricardo Adobatti,
Attorney for Plaintiffs

_____
Roland L. Leon,
Attorney for Defendants